NO. 07-02-0360-CR



IN THE COURT OF APPEALS



FOR THE SEVENTH DISTRICT OF TEXAS



AT AMARILLO



PANEL E



SEPTEMBER 12, 2002


______________________________



STEVEN A. WARD
,




 Appellant


v.



THE STATE OF TEXAS, 




 Appellee

_________________________________



FROM THE COUNTY COURT AT LAW NO. 2 OF LUBBOCK COUNTY;



NO. 2000-471265; HON. DRUE FARMER, PRESIDING


_______________________________



 DISMISSAL

 _______________________________ 


Before QUINN and REAVIS, J.J. and BOYD, S.J. (1)

 Appellant, Steven A. Ward, appealed from an order revoking his probation and
sentencing him to 180 days in the Lubbock County Jail. We dismiss the proceeding for
lack of jurisdiction.

 The order revoking appellant's probation indicates that sentence was imposed on
May 13, 2002. Appellant then filed a motion for new trial on May 15, 2002. To be timely,
a notice of appeal must be filed within 30 days after the sentence is imposed or suspended
in open court or within 90 days after that date if a motion for new trial is filed. Tex. R. App.
P. 26.2(a). Thus, appellant's notice of appeal was due to be filed on August 12, 2002 but
was not filed until August 26, 2002. The deadline for filing the notice of appeal may be
extended if the notice of appeal is filed in the trial court and a motion seeking an extension
of time is filed in this court within 15 days after the deadline for filing the notice of appeal.
Tex. R. App. P. 26.3. However, no such motion has been filed with this court. A timely
filed notice of appeal is essential to invoke our appellate jurisdiction. Olivo v. State, 918
S.W.2d 519, 522 (Tex.Crim.App. 1996). If the notice is not timely, then the court of
appeals can take no action other than to dismiss the proceeding. Id. at 523. Because
appellant's notice of appeal was untimely filed, we have no jurisdiction to consider the
appeal.

 Accordingly, the appeal is dismissed. 


 Per Curiam

Do not publish.
1. John T. Boyd, Chief Justice (Ret.), Seventh Court of Appeals, sitting by assignment. Tex. Gov't
Code Ann. §75.002(a)(1) (Vernon Supp. 2002).